THE TOWNSHIP OF FRANKLIN, respondent,

*v.*

CHARLES TRAMMELL, appellant.

---

THE TOWNSHIP OF FRANKLIN, respondent,

*v.*

SAMUEL LOWDER, appellant.

---

THE TOWNSHIP OF FRANKLIN, respondent,

*v.*

THOMAS S. DOWNS, appellant.

[Submitted July 8th, 1912.   Decided November 18th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Mr. Austin H. Swackhamer,* for the appellant.

*Mr. Harvey F. Carr,* for the respondent.

PER CURIAM.

The pleadings in these three suits are essentially the same as those in No. 75, between Mathias F. Crane, appellant, and the same township, respondent (reported *ante p. 509*), and were argued together under written stipulations of counsel.

The orders overruling the demurrers in each case under review in above appeals should be reversed, for the reasons expressed in the opinion of this court filed at this term in the appeal of said Crane.

No. 72—

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TREACY—14.

No. 73.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TREACY—14.

No. 74.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TREACY—14.